No. 76–785. WALKER, FORMER GOVERNOR OF ILLINOIS, ET AL. *v.* COLAIZZI ET AL. C. A. 7th Cir. Certiorari denied. Mr. JUSTICE BLACKMUN would grant certiorari.

No. 76–636. BUCKLEY TOWERS CONDOMINIUM, INC., ET AL. *v.* BUCHWALD, ET AL., 429 U. S. 1121;

No. 76–691. THOMPSON *v.* GAFFNEY ET AL., 429 U. S. 1078;

No. 76–701. BRENNAN *v.* UNITED STATES, 429 U. S. 1092;

No. 76–813. BENSON *v.* METRO-GOLDWYN-MAYER, INC., 429 U. S. 1095;

No. 76–828. MARKLE MANUFACTURING Co. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO–CLC, ET AL., 429 U. S. 1095;

No. 76–899. McGRAW-EDISON Co. *v.* SOPER ET AL., 429 U. S. 1097;

No. 76–5785. CLARK *v.* MALLEY, WARDEN, *ante,* p. 917;

No. 76–5838. GREENFIELD *v.* TIBBETTS, 429 U. S. 1105;

No. 76–5872. MAUCH *v.* MICHIGAN DEPARTMENT OF CORRECTIONS, 429 U. S. 1106;

No. 76–5986. DONNER *v.* BILL SEIDEL'S DATSUN, INC., ET AL., 429 U. S. 1109; and

No. 76–6072. TROLLEY *v.* UNITED STATES, 429 U. S. 1111. Petitions for rehearing denied.

APRIL 6, 1977

No. 76–1100. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* HAU ET VIR. Appeal from D. C. N. J. dismissed under this Court's Rule 60.